TIMOTHY J. RACICOT
Assistant U.S. Attorney
U.S. Attorney's Office
105 E. Pine Street, 2nd Floor
P.O. Box 8329
Missoula, MT 59807
Telephone: (406) 542-8851
E-mail: TRacicot2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED
JUN 0 1 2016
Clerk, U.S. District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM DONALD FLEINER,<br><br>Defendant. | CR 16-O8-H-SEH<br><br>INDICTMENT<br><br>THEFT FROM A LOCAL GOVERNMENT RECEIVING FEDERAL FUNDING (Counts I-III)<br>Title 18 U.S.C. § 666(a)(1)(A)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |
|---|---|

THE GRAND JURY CHARGES:

INTRODUCTION

At all times relevant to this indictment:

1. Broadwater County, Montana, was a government organization that received benefits in excess of $10,000 under a federal program involving a grant,

1

contract, subsidy, loan, guarantee, insurance, and other form of federal assistance in any one year period.

2. The defendant, WILLIAM DONALD FLEINER, was the Disaster and Emergency Services ("DES") Coordinator for Broadwater County, Montana.

3. The defendant, WILLIAM DONALD FLEINER, was the sole registered agent for Paradigm Communication and Preparedness Solutions, LLC ("PCPS"). PCPS performed project management and grant writing services for government organizations including Broadwater County.

4. While the defendant, WILLIAM DONALD FLEINER, was employed as Broadwater County DES Coordinator, PCPS received payments for program management and grant writing from Broadwater County.

## COUNT I

5. Paragraphs 1 through 4 of this indictment are incorporated by reference as if set forth in full.

6. Between on or about July 6, 2012, and on or about September 24, 2012, in Broadwater County, in the State and District of Montana, the defendant, WILLIAM DONALD FLEINER, an agent of Broadwater County, a local government, embezzled and intentionally misapplied property valued at $5,000 or more, specifically $19,363.52 of grant money from the United States Department

of Homeland Security, which was then owned by and under the care, custody and control of Broadwater County, in violation of 18 U.S.C. § 666(a)(1)(A).

## COUNT II

7. Paragraphs 1 through 4 of this indictment are incorporated by reference as if set forth in full.

8. On or about September 27, 2012, in Broadwater County, in the State and District of Montana, the defendant, WILLIAM DONALD FLEINER, an agent of Broadwater County, a local government, embezzled and intentionally misapplied property valued at $5,000 or more, specifically $7,464 received from the United States Forest Service, which was then owned by and under the care, custody and control of Broadwater County, in violation of 18 U.S.C. § 666(a)(1)(A).

## COUNT III

9. Paragraphs 1 through 4 of this indictment are incorporated by reference as if set forth in full.

10. Between on or about May 18, 2012, and on or about July 5, 2012, in Broadwater County, in the State and District of Montana, the defendant, WILLIAM DONALD FLEINER, an agent of Broadwater County, a local government, embezzled and intentionally misapplied property valued at $5,000 or more, specifically $7,501.54 of Payment in Lieu of Taxes ("PILT") funds received

from the United States Department of the Interior, which were then owned by and under the care, custody and control of Broadwater County, in violation of 18 U.S.C. § 666(a)(1)(A).

A TRUE BILL.    Foreperson signature redacted. Original document filed under seal.

/s/ Michael W. Cotter
---
MICHAEL W. COTTER
United States Attorney

/s/ Joseph E. Thaggard
---
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons ✓
Warrant _____
Bail _____

I.A set for
6/22/16 @ 1:30pm
MSLA w/ Judge Lynch

4