MICHAEL DONAHOE
Senior Litigator
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 300
Helena, Montana 59601
(406) 449-8381
(406) 449-5651 (Facsimile)
Counsel for Defendant William Donald Fleiner

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM DONALD FLEINER,<br>　　　　　　Defendant. | Crim No. CR 16-08-H-SEH<br><br>**STATUS REPORT** |

### INTRODUCTION

On June 22, 2016 the Court held its usual pre-trial scheduling conference on the telephone. Since defendant did not qualify for appointed counsel the Court ordered the undersigned to keep the Court informed as to progress, if any, defendant was making to secure counsel. Following is the status of defendant's efforts as of today, July 5, 2016.

Federal Defenders of Montana
50 West 14th Street, Suite 300
Helena, Montana 59601
(406) 449-8381
(406) 449-5651 (Facsimile)

1

## STATUS REPORT

After the pretrial conference defendant met with Wendy Holton. She cannot be available to defend Mr. Fleiner until August, 2016. Defendant also called both Avignone and Bannack and Brian Galick from Bozeman. Neither of those firms is available. Today defendant met with Mark Parker from Billings (Mr. Parker was in Helena on other business). Mr. Parker did not commit to taking the case but is inclined to do so. He wants to speak to his law partners first. Mr. Fleiner expects to know Mr. Parker's decision in the next 48 hours.

## CONCLUSION

WHEREFORE, this concludes defendant's status report regarding his search for counsel.

Respectfully Submitted July 5, 2016.

    /s/ Michael Donahoe
MICHAEL DONAHOE
Senior Litigator

Federal Defenders of Montana
50 West 14th Street, Suite 300
Helena, Montana 59601
(406) 449-8381
(406) 449-5651 (Facsimile)

2

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on July 5, 2016, a copy of the foregoing document was served on the following persons by the following means:

  1    CM-ECF

_____  Hand Delivery

  2    Mail

1. CLERK, UNITED STATES DISTRICT COURT

1, 2  Tim Racicot
      Assistant United States Attorney
      P.O. Box 8329
      Missoula, MT 59802
      Counsel for the United States of America


                              /S/ Michael Donahoe
                              FEDERAL DEFENDERS OF MONTANA

Federal Defenders of Montana
50 West 14th Street, Suite 300
Helena, Montana 59601
(406) 449-8381
(406) 449-5651 (Facsimile)

3